cal__kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O'CONNOR, | Civil No. 07cv633 LAB(AJB) |
| Plaintiff, | |
| v. | Order Setting Case Management Conference |
| BAYER CORPORARTION, 100 Bayer Road, Crafton Pennsylvania 15202; BAYER HEALTHCARE, 400 Morgan Lane, West Have, Connecticut 06516; BAYER AG, BAYERWERK, Gebaeude W11, Kaiser-Wilhelm-allee 51368 Leverkusen, Germany, | |
| Defendants. | |

Pursuant to Local Rule 16.1, the Court finds this case inappropriate for an Early Neutral Evaluation Conference.

IT IS HEREBY ORDERED that, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, a *telephonic* Case Management Conference shall be held on ***August 27, 2007*** at ***10:30 a.m.***, in the chambers of the *Honorable Anthony J. Battaglia*, United States Magistrate Judge, [(619)557-3446]. Plaintiff's counsel shall initiate the conference call. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery and to explore possibilities for early settlement.

Each responsible attorney of record and all parties representing themselves shall participate in the conference. *Arrangements will be made for incarcerated parties to appear **telephonically**.* Represented

1 parties need not participate.  Counsel for plaintiff shall notify all parties of this conference who have made
2 an appearance after the date of this Order.
3  IT IS SO ORDERED.

5 DATED: July 30, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court