# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL O'CONNOR, | CASE NO. 07cv0633-LAB (AJB) |
|---|---|
| Plaintiff, | **ORDER APPOINTING INTERNATIONAL PROCESS SERVER AND EXTENDING TIME FOR INTERNATIONAL SERVICE** |
| vs. | |
| BAYER CORPRATION; BAYER HEALTHCARE; and BAYERWERK, | |
| Defendants. | |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November 1965 (the "Hague Convention") and Fed. R. Civ. P. 4(c)(2), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in Germany, any and all documents to be served in this case.

/ / /

/ / /

/ / /

For good cause shown, the Court also extends the time for Plaintiff to effectuate service on Bayer AG, Bayerwerk until February 7, 2008.

**IT IS SO ORDERED**.

DATED: August 13, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge