# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O'CONNOR<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAYER CORPORATION, 100 Bayer Road, Crafton, Pennsylvania 15205; BAYER HEALTHCARE, 400 Morgan Lane, West Haven, Connecticut 06516; BAYER AG, BAYERWERK, Gebaeude W11, Kaiser-Wilhelm-Allee 51368 Leverkusen, Germany<br><br>　　　　Defendants. | Case No. 07-CV-0633-LAB (AJB)<br><br>**ORDER STAYING PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT LITIGATION** |

**ORDER**

1  The Court has reviewed the parties' Joint Motion to Stay Proceedings Pending
2  Transfer to Multidistrict Litigation.  For good cause shown, **IT IS HEREBY**
3  **ORDERED** that all proceedings in the above-captioned case are **STAYED** pending
4  ruling of the Judicial Panel on Multidistrict Litigation on the Defendants' motion to
5  transfer.
6  This 13th day of February, 2008.

*Larry A. Burns*
Honorable Larry A. Burns
United States District Judge

2
**ORDER**